UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

EUGENE BARRY,                                              Civil No. 08-CV-298 (PJS/RLE)

      Plaintiff,

v.                                                         ORDER OF DISMISSAL

RECEIVABLES MANAGEMENT GROUP, INC.,
et al.,

      Defendants.

---

Based upon the Stipulation for Dismissal With Prejudice filed by the parties on March 11, 2008 [Civil Docket No. 5],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: March 11, 2008                        s/Patrick J. Schiltz
                                                          Patrick J. Schiltz
                                                          United States District Judge